

**SCHAEFFER VENAGLIA HANDLER & FITZSIMMONS, LLP**

Bruce Handler
*Partner*

Direct Dial: 212-508-9372
handler@svhflaw.com

May 14, 2018

**BY ECF AND FAX (212) 805-7986**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re: Deborah Blasucci v. BMP Media Holdings, LLC, et al., 16 Civ. 08908 (PGG)

Dear Judge Gardephe:

This firm represents plaintiff Deborah Blasucci in the above action, which has been stayed pending arbitration. The Court's Order, dated May 11, 2017, staying this action also directed the parties to update the Court every 90 days as to the status of the arbitration.

Accordingly, I write to advise the Court that the arbitration remains pending. Hearings in the arbitration are currently scheduled for July 23, 24 and 25, 2018.

If you have any questions or comments, please contact me.

Respectfully submitted,

Bruce Handler

cc: Andrew S. Hoffmann, Esq.

209893.4